IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **SHEET METAL WORKERS'** * <br> **LOCAL NO. 224** <br> **PENSION FUND, et al.,** * <br> Plaintiffs, | **CASE NO. 3:07-cv-0315** |
| * | |
| vs. * | |
| **COMPLETE SHEET METAL, LLC.,** * <br> Defendant. | |

## AGREED JUDGMENT ENTRY

Based upon the unanimous consent of the parties to this action, IT IS HEREBY ORDERED that Judgment shall be entered against Defendant Complete Sheet Metal, LLC. as follows

    A.    For liquidated damages in the amount of $ 11,136.59; and

    B.    For interest in the amount of $ 15,396.84; and

    C.    For the principal balance of fringes benefit contributions due of $ 84,548.53.

    D.    For costs of $350.00.

It is further ORDERED that any claim pending against Complete Sheet Metal, LLC, along with this action shall be DISMISSED WITH PREJUDICE.

It is SO AGREED AND ORDERED.

January 21, 2008.

                                            s/ **Michael R. Merz**
                                    Chief United States Magistrate Judge

Have Seen and Agree:

| | |
|---|---|
| /s/ Michael A. Ledbetter | COMPLETE SHEET METAL, LLC |
| Michael A. Ledbetter (0068472) | |
| The Law Office of | By:/s/ Dennis Adams |
| Michael A. Ledbetter, LLC. |     Dennis Adams, Operating Manager |
| 10883 Yankee Street |     3155 Plainfield Road |
| Centerville, OH  45458 |     Dayton, Ohio 45432 |

2

(937) 619-0900
(937) 619-0999 (fax)
(Counsel for Plaintiffs)


/s/ Amy C. Mitchell
Robert T. Dunlevey, Jr. (0011154)
Amy C. Mitchell (0069548)
DUNLEVEY, MAHAN & FURRY
110 N. Main Street, Suite 1000
Dayton, OH 45402
(937) 223-6003
(937) 223-8550 (fax)
rtd@dmfdayton.com
(Counsel for Defendant)